Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA  90036
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
ANNA WINTERS

# IN THE UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA WINTERS,             )<br>                                           )<br>          Plaintiff,              )<br>                                           )<br>     v.                               )<br>                                           )<br>VIKING COLLECTION SERVICES INC., )<br>                                           )<br>          Defendant.           )<br>                                           ) | Case No.: 3:08-cv-05270-EDL<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that this case has been settled.  Plaintiff anticipates filing a notice of dismissal of this action in its entirety with prejudice within 30 days.

Dated:  12/17/08            K<small>ROHN</small> & M<small>OSS</small>, L<small>TD</small>.

                                                  /s/Nicholas J. Bontrager
                                                  Nicholas J. Bontrager
                                                  Attorney for Plaintiff,
                                                  Sheldon Richardson