Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
ANNA WINTERS

## IN THE UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA WINTERS, | Case No.: 3:08-cv-05270-EDL |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| VIKING COLLECTION SERVICES INC., | |
| Defendant. | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ANNA WINTERS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 22, 2008                                   KROHN & MOSS, LTD.


By:/s/ Nicholas J. Bontrager

Attorney for Plaintiff,